IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DON W. REINHARD et al.,

    Plaintiffs,

v.                                                   CASE NO. 4:05mc43-RH-WCS

RBC DAIN RAUSCHER, INC., etc.,

    Defendant.

_____/

**ORDER SCHEDULING TRIAL AND SETTING PROCEDURES**

In this action plaintiffs seek to enjoin and defendant seeks to compel arbitration of underlying disputes. Under the Federal Arbitration Act, the court must "proceed summarily to the trial" of the motion to compel. 9 U.S.C. §4. Prompt resolution of the dispute over arbitrability is especially appropriate in the case at bar, because the parties' long-pending arbitration proceeding is set for final hearing on August 15, 2005.

So that these matters may be appropriately resolved,

IT IS ORDERED:

1. By separate notice, the clerk shall set this matter for trial on Monday, August 8, 2005, at 9:00 a.m. Any party with a conflict with that trial date may file

a notice describing the conflict by noon on Friday, July 29, 2005, and the notice will be given such consideration as may be appropriate.

    2. By Thursday, August 4, 2005, at 5:00 p.m., the parties shall file a joint appendix (with an index) that includes:

        (a)    each arbitration agreement or clause, and

        (b)    each document served on opposing counsel or submitted to the arbitrators in connection with the ongoing arbitration proceeding,

that both sides agree is authentic and that either side asserts is relevant in the case at bar. Inclusion of any such document in the joint appendix shall not waive objections other than based on authenticity. The parties shall confer in a good faith effort to resolve authenticity objections and to compile a joint appendix as required by this paragraph. The joint appendix may include, in addition to the documents listed above, any other document that the parties agree should be included. The joint appendix shall be filed on paper, not electronically. Two courtesy copies shall be provided to chambers unless the joint appendix exceeds 250 pages in length. Either party may file a separate appendix consisting of such further documents as it deems appropriate, may do so on paper, and may provide two courtesy copies to chambers.

    3. By Friday, August 5, 2005, at noon, the attorneys shall confer in good faith concerning the need for presentation of testimony and in a good faith effort to expedite the trial.

4.  By Friday, August 5, 2005, at 5:00 p.m., each party shall file a list of witnesses and exhibits, including rebuttal and impeachment witnesses and exhibits. A party's exhibit list need not include exhibits included in an appendix filed in accordance with paragraph 2 above.  No witness will be allowed to testify, and no exhibit will be admitted into evidence, unless included on a party's witness or exhibit list (or, with respect to exhibits, included in an appendix filed in accordance with paragraph 2 above).

SO ORDERED this 28th day of July, 2005.

s/Robert L. Hinkle
Chief United States District Judge
